George G. GATES v. Frederick S. DUDLEY. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Application denied with $10 costs. Order signed.

GENEVA LIMESTONE CO., Inc., applt., v. KENNEDY MFG. & ENGINEERING CO., respt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Order reversed with $10 costs and disbursements. Held, that the papers are sufficient to show that the summons was properly served and that the motion to vacate such service should have been denied. All concur.

Vincent M. GEOGHEGAN, Respt., v. BRONSTON BROS. & CO., Applt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

Alice GEROUX, infant, by Emile Geroux, guardian, respt., v. Arthur COUTURE, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed with costs.

In the Matter of the application of Michael J. GERSONI, for admission to the bar. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Application granted.

Winfred S. GILES, Respt., v. EDWARD LANGER PRINTING CO., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Lydia GILMORE, respondent, v. Stuart HIRSCHMAN, appellant; James A. Hennessy et al., defendants. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) The motion for reargument is denied. In its disposition of the appeal, the court was necessarily limited to the record in the case. If Hirschman deems that he is entitled to relief on account of the order of this court in the proceeding relating to the assessment, an opportunity for a hearing at Special Term in that regard seems to be reserved in the judgment in this action.

William GILROY, respt., v. Abraham SHERMAN, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed with costs.

Urania U. GLASER, respondent, v. John N. BURNS, et al., respondents, Bridge Cafe, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Fannie GLASS, Respt., v. Ernest H. GLASS and Blanche Mathieu, Applts. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Appeal from Special Term, New York County. Action for divorce by Fannie Glass against Ernest H. Glass and another. From an interlocutory judgment for plaintiff, and an order denying a new trial, defendants appeal. Affirmed.

PER CURIAM. Judgment and order affirmed with costs. Order filed.

DOWLING, J. (dissenting). I dissent from the affirmance of the judgment appealed from and vote to reverse the same in so far as it grants a judgment of divorce in favor of the plaintiff on the ground that the finding of the jury that the plaintiff was not guilty as set forth in the framed questions was against the weight of evidence, and that the order denying a motion to set aside the verdict and for a new trial should be reversed and the motion granted.

Jacob GLOCKNER and ano., Respts., v. F. & L. BUILDING CO., Applt. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment and order affirmed with costs. No opinion. Order filed.

Esther GOLDSTEIN, appellant, v. Louis GOLDSTEIN, respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order affirmed. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Arthur T. GOODENOUGH, respondent, v. NEW YORK, WESTCHESTER & BOSTON RAILWAY COMPANY and The City & County Contract Company, appellants. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment affirmed, with costs. If the damages were proven by expert evidence condemned in Roberts v. N. Y. Elevated R. R. Co., 128 N. Y. 455, 28 N. E. 486, 13 L. R. A. 499, they were also proven by the testimony authorized by that decision, and the same result reached. The error, if any, may be disregarded, as the criticized testimony in its result coincides with the authorized testimony. It would be a vain thing to send the case to a retrial, or for this court to reverse the judgment, and thereupon make the same finding rejecting the inadmissible and using the competent evidence. Jenks, P. J., and Thomas, Carr, and Rich, JJ., concur. Mills, J., dissents upon the sole ground that the construction and operation of a railroad for public use are not within the prohibition of the restrictions.

Gertrude GOTTSCHO, Respt., v. Louis BURGER et al., Applts. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Orders affirmed with $10 costs and disbursements. No opinion. Order filed.

In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO, for the appointment of commissioners, etc., in re lands claimed to be owned by BUFFALO VENEER CO., et al. Proceeding No. 110. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Order affirmed with $10 costs and disbursements. All concur.

John J. GRAHAM, applt., v. Howard A. GRAHAM, sued with Emmett D. Graham and others, respt. (Supreme Court, Appellate Divi-